# UNITED STATES DISTRICT COURT

### DISTRICT OF NEW JERSEY

### (609) 989-2040

<table>
<tr><td>CHAMBERS OF<br>**TONIANNE J. BONGIOVANNI**<br>**UNITED STATES MAGISTRATE JUDGE**</td><td>**U.S. COURTHOUSE**<br>**402 E. STATE STREET, RM 6052**<br>**TRENTON, NJ 08608**</td></tr>
</table>

October 5, 2017

## LETTER ORDER

Re:  **Zulkarnain Kagalwalla v. Jennifer Downing et al**
    **Civil Action No. 17-2071 (FLW)**

Dear Parties:

Currently pending before the Court is *pro se* Plaintiff Zulkarnain Kagalwalla's ("Plaintiff")

Motion for Default Judgment as to the State of NJ, Jennifer Downing, Jennifer Eugene, Renee

Robeson, Judge Darlene Pereksta, and Allison Blake ("Defendants"). (Docket Entry No. 26).   In

light of the fact that the Court granted Defendants request for an extension of time to file a

responsive pleading (Docket Entry No. 39), Plaintiff's motion is DISMISSED AS MOOT.

    **IT IS SO ORDERED.**

                    s/ Tonianne J. Bongiovanni
                **TONIANNE J. BONGIOVANNI**
                **United States Magistrate Judge**

    **The Clerk of the Court is directed to terminate Docket Entry No. 26**